

# Fourth Court of Appeals
## San Antonio, Texas

June 12, 2014

No. 04-13-00906-CR

Luis **FRANCO**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 226th Judicial District Court, Bexar County, Texas
Trial Court No. 2013CR3379
Honorable Dick Alcala, Judge Presiding

# O R D E R

The Appellant's Motion for Extension of Time to File Brief is hereby GRANTED IN PART. The Appellant's brief is due on or before August 6, 2014.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 12th day of June, 2014.

_____
Keith E. Hottle
Clerk of Court